


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEANETTE M. WHITAKER AND
ARTHUR WHITTAKER,

Plaintiffs,

v.

12-CV-6668
**ORDER STAYING CASE**

ZIMMER, INC., ZIMMER HOLDINGS, INC.,
AND ZIMMER ORTHOPAEDIC SURGICAL
PRODUCTS, INC.,

Defendants,

---

The parties jointly request that this action be stayed pending an expected transfer to the Northern District of Illinois as part of the multidistrict proceeding, In re: Zimmer NexGen Knee Implant Products Liability Litigation, MDL No. 2272. Having reviewed the motion papers, it is hereby

ORDERED, that this case is stayed pending the transfer of this case to the Northern District of Illinois; and it is

FURTHER ORDERED, that the parties are directed to notify the Court within seven (7) days should the case not be transferred as part of the multidistrict litigation so that the stay may be lifted.

**ALL OF THE ABOVE IS SO ORDERED.**

HON. MICHAEL A. TELESCA
United States District Judge

Dated: Rochester, New York
January 2, 2013